United States District Court
Middle District Florida
401 West Central Blvd.
Orlando, Florida 32801-0120

FILED
2018 JUL 24 PM 2:37

Brenda C. Armstead — Plaintiff
v.
Catherine Wise — Defendant
Beverly Conley — Defendant
Betsy Shields — Defendant
Cristina Huerta — Defendant

Civil Action No.:
6:18-CV-1193-Orl-41 TBS

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 613
Daytona Beach, FL 32115

Original Petition

1. Plaintiff currently resides in the State of Florida. Named defendants are residents of Arizona / Texas giving this court jurisdiction to rule.

2. See other side. Claim 2018-801223 DV is the basis of this civil action against named defendants.

3. All named defendants are involved in the following against Plaintiff:
Mail Theft
Court Theft and Fraud — Court Cases filed
Identity Theft
Cyberstalking / Stalking inflicting pain on Plaintiff daily.
Vandalism
Theft of Personal Affects and Residence. Residence is taken from Plaintiff by Vandalism daily, illegal Searches, endangerment (Prostitution) of health
All named defendants are spreading: Leprosy — Cholera, Mad Cow, CMV — Polio — Black Plague. Independent medical testing will prove this.

4. Plaintiff has proof on feet, forehead and chin of the physical harm named defendants are involved. Additional Proof: Sen. McCain Brain Cancer.

5. Plaintiff seeks the following from this court before defendants put Plaintiff in the hospital:
All defendants return to TX/AZ. Immediate.

Certificate of Service

I hereby certify the mailing, U.S. mail, of the enclosed this 20th of July, 2018 with service to be done by this court as soon thereafter receipt of this petition is possible.

Claim: 2018-801223 DV   Victim Brenda Cecelia Armstead

Notes The victim in this matter appeals the denial of her claim for domestic violence relocation assistance. The claim was denied for no proof of crime and for not being DV certified. The victim does not dispute any material facts at issue to the present application and therefore has been denied a formal hearing and granted an informal process. Domestic violence relocation is available to victims of a domestic violence crime who are in immediate need to relocate from a domestic violence environment. In order to establish that a compensable domestic violence crime was committed, the victim must provide a Law Enforcement Report or an information from an Assistant State Attorney which states that she was a victim of a compensable domestic violence crime. In the present claim, no such report has been provided. We have been provided with an Event Report from the Altamonte Springs Police Department, but it makes no determination that any crime was committed. Therefore it cannot be used by our program to establish eligibility. Additionally, the statute requires that all applications for domestic violence relocation assistance be certified by a certified domestic violence center in this state. As of the date of this note, no such certification has been provided. The victim in this matter is given 21 days to provide a Law Enforcement Report, or an Information from an Assistant State Attorney, which states that she is an innocent victim of a compensable domestic violence crime as well as a certification completed by a certified domestic violence center in this state.