To: United States District Court
Office of the Clerk
US Courthouse
401 W. Central Blvd. Suite 1200
Orlando, Florida 32801-0120

FILED
Aug. 23, 2018

2018 AUG 27 PM 2:46

1. Case 6:18-CV-01193-CEM-TBS (Enclosed)
Liable Parties are responsible for my continual forced relocation causing Brenda C. Armstead to have no address. I want this case dismissed with prejudice so that it goes no further in the Courts. These women want to use this cause to Be Presidents/Judges and all of these women are trying to kill one. I move again Aug. 27, 2018.

2. Michael Cohen / Paul Manafort - This is another Water Gate. History repeats if not fixed.
Nixon was a World leader and did not need to resign.
Manafort convicted on 8 counts... You can only be convicted 1 crime at a time. Double Jeopardy and basis for dismissal.
Robert Mueller III investigation of the President's associates is fraud.
Basis: He has waited to conduct this investigation. Robert Mueller III knew this information and (he waited) did nothing making him a party to these crimes / obstruction of Justice.
Cohen's guilt is protected by Federal Law Privacy Act - alleged affairs.

3. The Wealthy always find out the "dirty laundry" of their competition and when needed, and they have a falling out, they use this information against each other.
The real source behind Mueller Investigation - Bush Jr.

4. The prediction of the Creator taking land once the shield is placed around the Ozone Hole on file Fed. Ct. Orlando, Fl. to seal that Hole, is already starting with Hawaii. Armstead vs. Donald Trump.

Brenda C. Armstead
209 S. Ridgewood Ave. #6
Daytona Beach, Fl. 32114

P.S. Monroe Brown - Rooming House 209 S. Ridgewood Ave., Daytona Beach, Fl. 32114 over 100 yrs. old has been involved in a traffic dispute to be settled in court. Any traffic dispute has to be settled Fed. Ct. Traffic is Fed Jurisdiction not County / not State.

- Gov. of WV - Justice - is proof the Voters of WV Choose a person for exceptional Character.

- Staff at Lake Eola Orlando excellent. They are assisting a swan having a difficult time with a feeder box.

- Bush Jr. is stalking me with the intent to hospitalize me / kill me.